PROB 12
(4/96-D/CO)

# UNITED STATES DISTRICT COURT

for

**THE DISTRICT OF COLORADO**

U.S.A. vs. Miguel Marquez-Romero                                                      Docket No. 06-cr-00501-MSK

**Petition For Issuance of Arrest Warrant for Violation of Supervised Release**

     COMES NOW, Edward C. Gadden, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Miguel Marquez-Romero, who was originally placed on supervision by the Honorable William P. Johnson, sitting on the Court in the District of New Mexico, on the 18th day of May, 2004, under the original Docket Number 2:04CR00491-001WPJ, who fixed the period of supervision at 24 months, commencing October 25, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

(1)  The defendant must not reenter the United States without legal authorization.

**On December 12, 2006, Chief Judge Lewis T. Babcock formally accepted transfer of jurisdiction of the District of New Mexico case, filed as Docket Number 2:04CR00491-001WPJ.  The new Docket Number 06-cr-00501-MSK was assigned.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(See attached hereto and herein incorporated by reference).

    *PRAYING THAT THE COURT WILL ORDER* the issuance of a warrant which will be lodged as a
    detainer for violation of supervised release.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 5th day of January, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Edward C. Gadden<br>U.S. Probation Officer |
| s/Marcia S. Krieger<br>Marcia S. Krieger<br>United States District Judge | Place   Denver, Colorado<br><br>Date    January 4, 2007 |

## ATTACHMENT

On May 18, 2004, the defendant was sentenced to 24 months Bureau of Prisons followed by 24 months supervised release by the Court in the District of New Mexico, who also advised the defendant of the condition restricting his reentry into the United States illegally. Supervised release commenced upon the defendant's discharge of his federal prison sentence and his subsequent deportation to Mexico on October 25, 2005.

The defendant has committed the following violation of supervision:

**1.      Violation of the Law;**

On July 9, 2006, the defendant was charged in the District of Colorado with Unlawful Reentry of a Deported Alien Subsequent to Deportation for an Aggravated Felony, in violation of 8 U.S.C. § 1326(a) and (b)(2), a Class C felony, which constitutes a Grade B violation of supervised release. This matter has been filed as Docket Number 06-cr-00313-MSK.

This charge is based on the following facts:

On October 25, 2005, the defendant was deported to Mexico after serving the federal prison portion of his sentence in regards to District of New Mexico Docket Number 2:04CR00491-001WPJ; the offense of Transporting Illegal Aliens.

According to the indictment in Colorado Docket Number 06-cr-00313-MSK, on July 9, 2006, the defendant was arrested when he was discovered to be within the District of Colorado without having obtained legal authorization to reenter the United States.

The U.S. Probation Department in the District of New Mexico subsequently requested that jurisdiction in their case be transferred to the District of Colorado so that a violation of supervised release hearing could be more effectively coordinated with sentencing in the new offense. On December 12, 2006, Chief Judge Lewis T. Babcock formally accepted transfer of jurisdiction and the new Docket Number of 06-cr-00313-MSK was assigned.